■ In the Matter of ROBERT FLORSHEIM, an Attorney.—Application of the Departmental Disciplinary Committee denied and the matter remanded to said committee to conduct an evidentiary hearing to sustain the charges. Respondent forthwith suspended from practice as an attorney and counselor at law in the State of New York pending results of said hearing. Concur—Birns, J. P., Fein, Sandler, Bloom and Lane, JJ.

## (May 22, 1979)

■ STANFORD A. CHALSON, Appellant, v JOAN CHALSON, Respondent.—Order, Supreme Court, Bronx County, entered on June 8, 1978, unanimously affirmed, without costs and without disbursements. The decision of the Supreme Court, Bronx County, entered on March 15, 1979 is designated as part of the original record on appeal. No opinion. Concur—Murphy, P. J., Markewich, Silverman, Lynch and Yesawich, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHARLES DAVIS, Appellant.—Judgment, Supreme Court, Bronx County, rendered on March 29, 1978, unanimously affirmed. The case is remitted to the Supreme Court, Bronx County, for further proceedings pursuant to CPL 460.50 (subd 5). No opinion. Concur—Murphy, P. J., Kupferman, Fein, Lupiano and Silverman, JJ.